# Exhibit A

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia    VA. CODE § 16.1-79

## HENRICO

CITY OR COUNTY                                          General District Court

PARHAM AND HUNGARY SPRING ROADS, PO BOX 90775, HENRICO, VA 23273-0775

STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on
2-2-2026  @  10:00 AM  to answer the Plaintiff(s') civil claim (see below)

RETURN DATE AND TIME

12-18-25

DATE ISSUED          [ ] CLERK   [ ] DEPUTY CLERK   [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 3000    net of any credits, with interest at   6   % from date of  DOV   until paid,
$ 64    costs and $ ____ attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [ ] Other (EXPLAIN) ........................

*VIOLATION OF PRIVACY AND RIGHTS ACCORDING TO FCRA LAWS*

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] cannot be demanded
12/18/2025      K Woodson

DATE      [ ] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] ...........

for $ ................... net of any credits, with interest at ............ % from date

of .............. until paid, $ .............. costs and $ ............... attorney's fees

[ ] and $ .................... costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ...........

[ ] NON-SUIT  [ ] DISMISSED

Defendant(s) Present:  [ ] NO  [ ] YES

DATE                          JUDGE

FORM DC-412 (FRONT) 10/22   (A242299  01/24)      # 40173    12-18-25   BC

---

CASE NO. GV25 31594-00

WOODSON KENDALL O

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

4216 TUPELO ROAD

RICHMOND, VIRGINIA 23294   ADDRESS

(804) 904-0081

v.

WELLS FARGO BANK, NA

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

R/A CORPORATION SERVICE COMPANY

100 SHOCKOE SLIP  ADDRESS  FL. 2

RICHMOND, VIRGINIA 23219

### WARRANT IN DEBT

TO DEFENDANT: You are not required to appear;
however, if you fail to appear, judgment may be entered
against you. See the additional notice of the reverse
about requesting a change of trial location.

[ ] To dispute this claim, you **must** appear on the return
date to try this case.

[ ] To dispute this claim, you must appear on the return
date for the judge to set another date for trial.

Bill of Particulars ...........................................
                        ORDERED          DUE

Grounds of Defense ...........................................
                        ORDERED          DUE

ATTORNEY FOR PLAINTIFF(S)

.......................................................

.......................................................

ATTORNEY FOR DEFENDANT(S)

.......................................................

.......................................................

---

**HEARING DATE AND TIME**

2-2-2026

10:00 AM

JUDGMENT PAID OR
SATISFIED PURSUANT
TO ATTACHED NOTICE
OF SATISFACTION.

DATE

CLERK

**DISABILITY
ACCOMMODATIONS**
for loss of hearing,
vision, mobility, etc.,
contact the court ahead
of time.

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

| | | |
|---|---|---|
| NAME ................................................ ........................................................ ADDRESS ........................................... ........................................................ | NAME ................................................ ........................................................ ADDRESS ........................................... ........................................................ | NAME ................................................ ........................................................ ADDRESS ........................................... ........................................................ |

| [ ] PERSONAL SERVICE | Tel. No. ................... | [ ] PERSONAL SERVICE | Tel. No. ................... | [ ] PERSONAL SERVICE | Tel. No. ................... |
|---|---|---|---|---|---|

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER _____

.................. for_____
DATE

---

*(The three service-return boxes above are identical, repeated for each defendant.)*

---

**OBJECTION TO VENUE:**

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

.................................
DATE

[ ] Plaintiff
[ ] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ...................................................

Interrogatories issued on: .......................................

Garnishment issued on ...........................................

FORM DC-412 REVERSE 07/04    (A242299  01/24)