# Exhibit B

**VIRGINIA:**

### IN THE GENERAL DISTRICT COURT OF HENRICO

Kendall Woodson,

               Plaintiff,

v.

Wells Fargo Bank, N.A.

               Defendant.

Case No. GV250 31594-00

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of this action from this Court to the United States District Court for the Eastern District of Virginia (a copy of which, without exhibits, is attached as Exhibit A) was filed on January 27, 2026, in the United States District Court for the Eastern District of Virginia, Richmond Division.

The above-captioned action, including all claims and causes of action, is removed from this Court to the United States District Court for the Eastern District of Virginia in accordance with 28 U.S.C. §§ 1331, 1441, and 1446, and this case shall proceed no further.

Dated: January 27, 2026

Respectfully submitted,

*/s/ Courtney T. Hitchcock*
Courtney T. Hitchcock (VSB No. 95819)
TROUTMAN PEPPER LOCKE LLP
401 9th St NW
Ste #1000
Washington, D.C. 20004
Telephone: (202) 274-2950
Email: courtney.hitchcock@troutman.com
*Counsel for Wells Fargo Bank, N.A.*

1

## **CERTIFICATE OF SERVICE**

I certify that on the 27th January, 2026, a true and correct copy of the foregoing was sent

via U U.S. Mail, postage prepaid, to the following:


Kendall Woodson
4216 Tupelo Rd.
Richmond, VA 23294
*Pro Se Plaintiff*


/s/ Courtney T. Hitchcock
Courtney T. Hitchcock (VSB No. 95819)
TROUTMAN PEPPER LOCKE LLP
401 9th St NW
Ste #1000
Washington, D.C. 20004
Telephone: (202) 274-2950
Email: courtney.hitchcock@troutman.com

*Counsel for Wells Fargo Bank, N.A.*

2